IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| GUY M. DOMAI, | |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| vs. | |
| REGENCY APARTMENTS, et al., | Case No. 2:13-CV-635 |
| Defendants. | Judge Dee Benson |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Paul M. Warner recommending that the Court dismiss this case based on Plaintiff's failure to prosecute his case.

The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it. Neither party has filed such an objection.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation.

Accordingly, the Court hereby **DISMISSES** this case, **WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**.

    DATED this 9th day of May, 2014.

_____

Dee Benson
United States District Judge